

# LIBERTYBELL LAW GROUP
## CIVIL DIVISION

245 E. Olive Ave., 4th Floor
Burbank, CA 91502

09- 16-371- CR
09-16-372-CR
09- 16 -378-CR

T: 818.556.1515
F: 818.688.0186

December 6, 2017

**FILED**

DEC 1 1 2017

Court of Appeals
Ninth District
Clerk: Carol Anne Harley
1001 Pearl Street Suite 330
Beaumont, TX 77701

Robert Vajda

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

Dear Sir/Madam,

A letter pursuant to Tex.R.App. Proc. 48.4 has been sent to the client by certified mail on December 6, 2017. A copy of the return receipt is enclosed.

Sincerely,
LibertyBell Law Group

*David S. Miller*
David S. Miller, Esq.
Texas Bar No. 24047510

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

Postmark
Here

# FILED

## DEC 1 1 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS